B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yagoda Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-3226754** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**801 Albion Avenue**<br>**Schaumburg, IL**<br>ZIP Code **60193** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**801 Albion Avenue**<br>**Schaumburg, IL 60193** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yagoda Transport, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yagoda Transport, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Patrick G. Somers**
Signature of Attorney for Debtor(s)

**Patrick G. Somers 6285190**
Printed Name of Attorney for Debtor(s)

**Somers Law Group, P.C.**
Firm Name

**Westgate Business Center**
**1111 Westgate St., Suite 113**
**Oak Park, IL 60301**

Address

**Email: psomers@somerslawgroup.com**
**708-848-4901  Fax: 708-848-4903**
Telephone Number

**September  4, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mike Yagoda**
Signature of Authorized Individual

**Mike Yagoda**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**September  4, 2013**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Yagoda Transport, Inc.**  Case No.
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Albion Industrial Building<br>107 Raven Lane<br>Bloomingdale, IL 60108 | Albion Industrial Building<br>107 Raven Lane<br>Bloomingdale, IL 60108 | Services | | 1,800.00 |
| Blue Streak Express<br>42 W 560 Still Meadows Ln.<br>Elburn, IL 60119 | Blue Streak Express<br>42 W 560 Still Meadows Ln.<br>Elburn, IL 60119 | Services | | 2,895.00 |
| Brian Katcher<br>c/o Weman Law Offices<br>77 W Washington, #140<br>Chicago, IL 60602 | Brian Katcher<br>c/o Weman Law Offices<br>77 W Washington, #140<br>Chicago, IL 60602 | Judgment | Disputed | 60,000.00 |
| Butterfly Logistics Inc.<br>PO Box 310243<br>Des Moines, IA 50331-0243 | Butterfly Logistics Inc.<br>PO Box 310243<br>Des Moines, IA 50331-0243 | Services | | 2,000.00 |
| Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197 | Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197 | Credit Card Purchases, Interest and Fees | | 7,192.00 |
| Chase Card Services<br>P.O.Box 15153<br>Wilmington, DE 19886-5153 | Chase Card Services<br>P.O.Box 15153<br>Wilmington, DE 19886-5153 | Credit Card Purchases, Interest and Fees | | 14,310.00 |
| Conexus<br>PO Box 268984<br>Oklahoma City, OK 73126 | Conexus<br>PO Box 268984<br>Oklahoma City, OK 73126 | Services | | 5,900.00 |
| Dohrn Transfer Company<br>625 3rd Ave.<br>Rock Island, IL 61201 | Dohrn Transfer Company<br>625 3rd Ave.<br>Rock Island, IL 61201 | Services | | 2,987.00 |
| Double D Express Inc<br>P.O.Box 606<br>Peru, IL 61354-0606 | Double D Express Inc<br>P.O.Box 606<br>Peru, IL 61354-0606 | Services | | 6,572.00 |
| FedEx Freight<br>Dept CH PO Box 10306<br>Palatine, IL 60055 | FedEx Freight<br>Dept CH PO Box 10306<br>Palatine, IL 60055 | Services | | 4,284.00 |
| Fit Logistics, Inc.<br>P.O. Box 310243<br>Des Moines, IA 50331-0243 | Fit Logistics, Inc.<br>P.O. Box 310243<br>Des Moines, IA 50331-0243 | Services | | 1,915.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Yagoda Transport, Inc.**             Case No. _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hyper Fox Inc. c/o Riviera Finance P.O.Box 310243 Des Moines, IA 50331-0243 | Hyper Fox Inc. c/o Riviera Finance P.O.Box 310243 Des Moines, IA 50331-0243 | Services | | 7,450.00 |
| K & L Freight 2715 Norton Creek Drive West Chicago, IL 60185 | K & L Freight 2715 Norton Creek Drive West Chicago, IL 60185 | Services | | 3,056.00 |
| Kiswani Trucking Inc. 555 W. Taft Dr South Holland, IL 60473 | Kiswani Trucking Inc. 555 W. Taft Dr South Holland, IL 60473 | Services | | 2,477.00 |
| Pacific Financial Association Inc 1606 W. Whispering Wind Dr. Phoenix, AZ 85085 | Pacific Financial Association Inc 1606 W. Whispering Wind Dr. Phoenix, AZ 85085 | Services | | 2,500.00 |
| RG EXPRESS, INC 11980 SW 144 CT Suite 105 Miami, FL 33186 | RG EXPRESS, INC 11980 SW 144 CT Suite 105 Miami, FL 33186 | Services | | 2,300.00 |
| Roadrunner Transportation Serv. PO Box 809066 Chicago, IL 60680-9066 | Roadrunner Transportation Serv. PO Box 809066 Chicago, IL 60680-9066 | Services | | 8,261.00 |
| Top Freight Express, Inc. Apex Capital LP PO Box 961029 Fort Worth, TX 76161 | Top Freight Express, Inc. Apex Capital LP PO Box 961029 Fort Worth, TX 76161 | Services | | 4,200.00 |
| Trans Link c/o Crestmark TPG LLC PO Box 682348 Franklin, TN 37068-2348 | Trans Link c/o Crestmark TPG LLC PO Box 682348 Franklin, TN 37068-2348 | Services | | 2,250.00 |
| Van Dam Transport 4409 38th St. Hamilton, MI 49419 | Van Dam Transport 4409 38th St. Hamilton, MI 49419 | Services | | 4,325.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 4, 2013**           Signature   **/s/ Mike Yagoda**
                                                                            **Mike Yagoda**
                                                                            **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

360 Transportation Inc.
P.O.Box 457
Hudson, NY 12534


AC Logistics
5524 Anna Dr.
Tampa, FL 33610


Air Wolf Inc.
PO Box 5226
West Babylon, NY 11707


Airship Transportation Corporation
P.O. Box 1462
Elk Grove Village, IL 60009


Albion Industrial Building
107 Raven Lane
Bloomingdale, IL 60108


All American Express Inc.
PO Box 291727
Los Angeles, CA 90029


Allstar Trucking Inc.
24234 Northern Illinois Dr
Channahon, IL 60410


Altex Transportation Inc.
2600 Rice Ave.
West Sacramento, CA 95691


Art Logistics, Inc.
c/o Riviera Finance
P.O.Box 310243
Des Moines, IA 50331-0243


BH Transport LLC
29 Fenwick St.
Hartford, CT 06114


BirdDog Carrier Services LLC
PO Box 540038
Omaha, NE 68154

Black Hawk Freight Svs
P.O.Box 857
Milan, IL 61264-0857


Blue Streak Express
42 W 560 Still Meadows Ln.
Elburn, IL 60119


Brian Katcher
c/o Weman Law Offices
77 W Washington, #140
Chicago, IL 60602


Butterfly Logistics Inc.
PO Box 310243
Des Moines, IA 50331-0243


C&K Trucking, LLC
7241 Reliable Parkway
Chicago, IL 60686


C-Air Brokers & Forwarders Inc.
3425 NW 112th Street
Hollywood, FL 33025


Calvary Express Inc.
8116 Penman Springs Dr.
Waxhaw, NC 28173


Capital One
P.O. Box 6492
Carol Stream, IL 60197


Carrol Fulmer Logistics Corp.
P.O.Box 850001
Orlando, FL 32886-0333


Cbase Transportation
P.O.Box 1521
Minneapolis, MN 55480-1521


Chase Card Services
P.O.Box 15153
Wilmington, DE 19886-5153

CIE Transport Inc.
869 E. Schaumburg #348
Schaumburg, IL 60194

Classic Cargo Inc.
9501 Aerospace Drive
Saint Louis, MO 63134

Condor Trans Inc.
1864 W. Palm Drive #357
Mount Prospect, IL 60056

Conexus
PO Box  268984
Oklahoma City, OK 73126

Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264-1173

DCD Transportation Inc.
4641 Mc Ilroy Dr.
Saint Louis, MO 63128-3917

Direct Coast to Coast
516 Sylvan Ave.
Englewood Cliffs, NJ 07632

DJ Lines Inc.
C/O RTS Financial
P.O.Box 932001
MO 64193-2001

Dohrn Transfer Company
625 3rd Ave.
Rock Island, IL 61201

Double D Express Inc
P.O.Box 606
Peru, IL 61354-0606

Double R Transport Inc.
P.O.Box 1250
Midland, MI 48642

Drive 4 U Inc.
6217 N. Melvina Ave
Chicago, IL 60646


DROM Transport Inc.
P.O.Box 2642
Carlsbad, CA 92018-2642


Eighteen Wheeler Logistics
c/o Bird Dog Carrier Services LLC
PO Box 540038
Omaha, NE 68154


FedEx Freight
Dept CH PO Box 10306
Palatine, IL 60055


Fit Logistics, Inc.
P.O. Box 310243
Des Moines, IA 50331-0243


Focus Transport Inc.
c/o RTS
P.O.Box 932001
MO 64193-2001


Go 2 Logistics, Inc.
165 W. Lake Street
Melrose Park, IL 60164


Grand Slam Trucking Inc.
Presidential Financial
P.O.Box 105328
Atlanta, GA 30348-5328


GTS Transportation Corp.
669 Executive Dr.
Willowbrook, IL 60527


Hanle with Care Express
P.O.Box 649
Bound Brook, NJ 08805

```
Hyper Fox Inc.
c/o Riviera Finance
P.O.Box 310243
Des Moines, IA 50331-0243


Indy Towing Service Inc.
3350 Sutherland Ave.
Indianapolis, IN 46218


Innovative Logistics Concepts
P.O.Box 297
Lima, OH 45802-0297


Interstate Shippers Service Inc.
P.O.Box 16765
Denver, CO 80216


JD Logistics
2327 Judith Lane
Waukesha, WI 53188


Jeff's Fast Frieght
P.O.Box 371188
Milwaukee, WI 53237


K & L Freight
2715 Norton Creek Drive
West Chicago, IL 60185


Kane County Cartage Inc.
c/o Advance Business Capital
PO BOX 610028
Dallas, TX 75261-0028


KDK Express, Inc.
5657 W. Grover St.
Chicago, IL 60630


Kings Express Inc.
3690 30th St SE
Saint Cloud, MN 56304


Kingsway Logistics Inc.
P.O.Box 95349
Palatine, IL 60095-0349
```

Kiswani Trucking Inc.
555 W. Taft Dr
South Holland, IL 60473


Leader Services Inc.
PO Box 1450
Minneapolis, MN 55485-7939


Liv Transportation Inc.
PO Box 840267
Dallas, TX 75284-0267


LMZ Trucking Inc.
1620 Vivian Court
West Bend, WI 53090


Load Max Carrier
10680 NW 37th Terr.
Miami, FL 33178-4207


Loaded N Gone
P.O.Box 661005
Chicago, IL 60666


M Brothers Logistics Inc
P.O.Box 840267
Dallas, TX 75284-0267


MAK Trucking Inc.
c/o Apex Capital LP
P.O.Box 961029
Fort Worth, TX 76161-1029


Mandy Transportation Inc.
PO Box 951866
Cleveland, OH 44193


Mario's Trucking Services
319 Jennifer Lane
Roselle, IL 60172


MLW Express, Inc.
2715 Marion Drive
Kendallville, IN 46755

MZM Trucking Inc
P.O.Box 95
Wood Dale, IL 60191


Pacific Financial Association Inc
1606 W. Whispering Wind Dr.
Phoenix, AZ 85085


Pacifica Trucks LLC
527 N. Avalon Blvd.
Wilmington, CA 90744


Patterson Freight Systems, Inc
P.O.Box 3838
Plant City, FL 33566


Pioneer Transport Inc.
c/o Interstate Capital Corp
PO Box 915183
Dallas, TX 75391-5183


Premier Logistics Inc
8455 S. 77th Ave
Bridgeview, IL 60455


Quality Transportation
7580 State Road
Burbank, IL 60459


R & M Trucking
3720 River Rd Ste 100
Franklin Park, IL 60131


RG EXPRESS, INC
11980 SW 144 CT Suite 105
Miami, FL 33186


Richard Daniels Transportation
9944 South Roberts Road-Suite 210
Palos Hills, IL 60465


Ride Logistics Inc.
P.O.Box 632
Tinley Park, IL 60477

Roadrunner Transportation Serv.
PO Box 809066
Chicago, IL 60680-9066


RTS Financial Services
PO Box 840264
Dallas, TX 75284


Safeway Moving System Inc
2828 N. Emerson Ave
Indianapolis, IN 46218


SBS Transportation Inc.
1700 Wynne Ave.
Saint Paul, MN 55108


Shan Brothers Corp
1772 Ruzich Dr
Bartlett, IL 60103


Shift Transport Corp.
5348 N Cumberland Ave Suite 402
Chicago, IL 60658


Standard Transportation Inc.
c/o San Diego Commercial Finance
P.O.Box 26400
San Diego, CA 92196-0400


Statewide Transport, Inc.
P.O. Box 20131 N.O. Int'l Airport
New Orleans, LA 70141


Synergy Transportation Inc.
8517 W. Winona
Chicago, IL 60656


TGL Logistics Inc.
PO Box 682348
Franklin, TN 37068


Thomas Blake Trucking
2277 1100 Ave.
Herington, KS 67449

TMC Lines Inc
c/o Apex Capital LP
P.O.Box 961029
Fort Worth, TX 76161-1029


Top Freight Express, Inc.
Apex Capital LP
PO Box 961029
Fort Worth, TX 76161


Trans Link
c/o Crestmark TPG LLC
PO Box 682348
Franklin, TN 37068-2348


Universal Logistics Inc.
5300 Beach Blvd
Suite 110-405
Buena Park, CA 90621


US 1 Logistics LLC
P.O.Box 809107
Chicago, IL 60680-9107


USF Holland
27052 Network Place
Chicago, IL 60673-1270


Valor Express Inc.
1001 N. Lombard Rd
Lombard, IL 60148


Van Dam Transport
4409 38th St.
Hamilton, MI 49419


Vision Logistics Group Inc.
c/o Apex Capital Corp.
PO Box 96109
Fort Worth, TX 76161-1029


Worldwide Express
414 N. Orleans Street
Chicago, IL 60610

```
WW Rowland Trucking Co Inc.
PO Box 203515
Dallas, TX 75320-3515
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Yagoda Transport, Inc.**                                                        Case No.
                                         Debtor(s)                                       Chapter   **11**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Yagoda Transport, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September  4, 2013** | **/s/ Patrick G. Somers** |
| Date | **Patrick G. Somers 6285190** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Yagoda Transport, Inc.** |
| | **Somers Law Group, P.C.** |
| | **Westgate Business Center** |
| | **1111 Westgate St., Suite 113** |
| | **Oak Park, IL 60301** |
| | **708-848-4901 Fax:708-848-4903** |
| | **psomers@somerslawgroup.com** |