Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
　　　　Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: YAGODA TRANSPORT, INC. | § | Case No.  13-35247 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 04, 2013.  The undersigned trustee was appointed on October 22, 2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of        $_____34,653.52

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,619.12 |
| Bank service fees | 1,127.63 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 29,906.77 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 01/28/2014 and the deadline for filing governmental claims was 03/03/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,215.35.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

 The trustee has received $0.00 as interim compensation and now requests the sum of $4,215.35, for a total compensation of $4,215.35.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $33.95, for total expenses of $33.95.[2]

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/22/2016            By:/s/Ira Bodenstein
                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-35247 | Trustee: (330129) Ira Bodenstein |
| Case Name: YAGODA TRANSPORT, INC. | Filed (f) or Converted (c): 10/18/13 (c) |
| | §341(a) Meeting Date: 11/26/13 |
| Period Ending: 06/22/16 | Claims Bar Date: 01/28/14 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Bank Financial 1005 W. Wise Rd. Schaumburg, IL 6 | 31,852.51 | 0.00 | | 10,107.85 | FA |
| 2 | Albion Industrial Building 107 Raven Lane Bloomi | 2,900.00 | 2,900.00 | | 0.00 | FA |
| 3 | Health Insurance of Employees | 0.00 | 0.00 | | 0.00 | FA |
| 4 | American River International 1229 Old Walt Whitm | 900.00 | 900.00 | | 0.00 | FA |
| 5 | Ascot Trucking Inc. 45 E. BradrockDes Plaines, I | 13,850.00 | 13,850.00 | | 7,700.00 | FA |
| 6 | Butterfly Logistics 801 Albion Ave Schaumburg, I | 1,400.00 | 1,400.00 | | 0.00 | FA |
| 7 | Chicago Rubber & Seal 698 Creel Dr.Wood Dale, IL | 95.00 | 95.00 | | 95.00 | FA |
| 8 | ClearPointt LLC 808 134th Street SW Suite209 Eve | 1,960.00 | 1,960.00 | | 0.00 | FA |
| 9 | Crown Oil 2013 Walters Ave Northbrook, IL 60062 | 1,050.00 | 1,050.00 | | 0.00 | FA |
| 10 | Leader Mutual Freight System 1554 Carmen Drive E | 19,960.00 | 19,960.00 | | 9,710.00 | FA |
| 11 | Pat Mooney Inc 502 S. Westgate St. Addison, IL 6 | 10,973.00 | 10,973.00 | | 3,000.00 | FA |
| 12 | PTS Fulfillment Services 3615 Exchange Ave. Auro | 220.00 | 220.00 | | 0.00 | FA |
| 13 | Rotra LLC PO Box 66498 Chicago, IL 60666 | 11,350.00 | 11,350.00 | | 0.00 | FA |
| 14 | Season Harvest Foods 4906 El Camino Real #206 Lo | 3,267.00 | 3,267.00 | | 0.00 | FA |
| 15 | Spire Brands 2013 Walters Ave Northbrook, IL 600 | 975.00 | 975.00 | | 0.00 | FA |
| 16 | Stericycle West Chicago 1901 Powis Ct. West Chic | 3,300.00 | 3,300.00 | | 0.00 | FA |
| 17 | Trust Air Cargo 2206 Lively Blvd. Elk Grove, IL | 125.00 | 125.00 | | 0.00 | FA |
| 18 | LES Vac 521 Winston Dr., Deerfield, IL 60015 $5, | Unknown | Unknown | | 0.00 | FA |
| 19 | Regional Expeditated Shipping Transport, Inc. 11 | Unknown | Unknown | | 0.00 | FA |
| 20 | Cargo Tech PO Box 1472, Elk Grove, IL 60007 $11, | Unknown | Unknown | | 0.00 | FA |
| 21 | Aries Global Logistics., Inc. | 3,650.00 | 3,650.00 | | 0.00 | FA |
| 22 | DLS Worldwide | 920.60 | 920.60 | | 0.00 | FA |
| 23 | GP Logistics Inc. | 525.00 | 525.00 | | 0.00 | FA |
| 24 | Horizon International Cargo, Inc. | 425.00 | 425.00 | | 0.00 | FA |
| 25 | New England Groupage | 3,054.90 | 3,054.90 | | 0.00 | FA |
| 26 | Scarbrough International | 550.00 | 550.00 | | 0.00 | FA |
| 27 | Stericycle MN | 300.00 | 300.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | | |
|---|---|---|
| Case Number: | 13-35247 | |
| Case Name: | YAGODA TRANSPORT, INC. | |
| Period Ending: | 06/22/16 | |

| | |
|---|---|
| Trustee: | (330129)    Ira Bodenstein |
| Filed (f) or Converted (c): | 10/18/13 (c) |
| §341(a) Meeting Date: | 11/26/13 |
| Claims Bar Date: | 01/28/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Possible Malpractice Claim against Patrick G. So | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Customer List | Unknown | 0.00 | | 2,500.00 | FA |
| 30 | Misc. Office Equipment (3 computers, 3 monitors, | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 31 | Car Storage at facility  (u) | 0.00 | 0.00 | | 50.00 | FA |
| 32 | return of funds under 11 usc section 549  (u) | 0.00 | 0.00 | | 1,300.00 | FA |
| 33 | Refund from Nicor Gas (u) | 0.00 | 0.00 | | 190.67 | FA |
| **33** | **Assets**    **Totals** (Excluding unknown values) | **$115,103.01** | **$83,250.50** | | **$34,653.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2016- claims reviewed and claim objections granted.

Prepare TFR

Awaiting tax return to file (04/20/15)

Prepare and file tax return

Seek return of post petition payments under 11USC 549 (still pending 04/20/2105)

Collect receivables (done)

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2014 | **Current Projected Date Of Final Report (TFR):** | December 31, 2016 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-35247 | | Trustee: | Ira Bodenstein (330129) |
| Case Name: | YAGODA TRANSPORT, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0166 - Checking Account |
| Taxpayer ID #: | **-***6754 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/22/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/13 | {1} | Yagoda Transport, Inc. | Closing out balance of debtor's bank account at Bank Financial~~~~ | 1129-000 | 10,107.85 | | 10,107.85 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,097.85 |
| 11/01/13 | {7} | Chicago Rubber and Seal | | 1121-000 | 95.00 | | 10,192.85 |
| 11/07/13 | {31} | Harold Healy Irrevocable Trust | Car Storage at Yagoda facility | 1290-000 | 50.00 | | 10,242.85 |
| 11/25/13 | {29} | Infinity Logistics, Inc | Sale of customer list per court order of 11/22/2013 | 1129-000 | 2,500.00 | | 12,742.85 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.95 | 12,728.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 12,708.77 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 12,689.89 |
| 02/04/14 | 101 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 40.00 | 12,649.89 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.00 | 12,632.89 |
| 03/13/14 | {32} | DCD Transportation, Inc | Return of funds paid post-petition by debtor without authority under 11 USC 549. | 1290-000 | 700.00 | | 13,332.89 |
| 03/26/14 | {32} | CSNK Working Capital Finance Corp | Return of funds paid post-petition by debtor without authority under 11 USC 549 | 1290-000 | 600.00 | | 13,932.89 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.12 | 13,914.77 |
| 04/03/14 | {33} | Nicor Gas | Refund from closed account | 1290-000 | 190.67 | | 14,105.44 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.55 | 14,083.89 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 14,063.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.55 | 14,044.09 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.22 | 14,021.87 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.49 | 14,002.38 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.48 | 13,980.90 |
| 10/07/14 | {5} | Ascot Trucking | pre petition account receivable | 1121-000 | 3,275.00 | | 17,255.90 |
| 10/07/14 | {10} | Leader Mutual Freight System | pre petition account receivable | 1121-000 | 9,710.00 | | 26,965.90 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.09 | 26,930.81 |
| 11/07/14 | {5} | Ascot Trucking | pre petition account receivable | 1121-000 | 2,575.00 | | 29,505.81 |
| 11/20/14 | {11} | Pat Mooney,Inc | pre-petition account receivable | 1121-000 | 3,000.00 | | 32,505.81 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.82 | 32,467.99 |
| 12/17/14 | {5} | Ascot Trucking | pre petition account receivable | 1121-000 | 1,850.00 | | 34,317.99 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.07 | 34,263.92 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 34,214.64 |
| 02/11/15 | 102 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 40.00 | 34,174.64 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.92 | 34,128.72 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.36 | 34,076.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.01 | 34,027.35 |

Subtotals :          $34,653.52          $626.17

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 13-35247 | |
| **Case Name:** | YAGODA TRANSPORT, INC. | |
| **Taxpayer ID #:** | **-***6754 | |
| **Period Ending:** | 06/22/16 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.31 | 33,980.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.13 | 33,927.91 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.42 | 33,877.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.10 | 33,830.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.90 | 33,778.49 |
| 10/20/15 | 103 | Illinois Department of Revenue | 2014 Tax  return amount due | 2820-000 | | 367.00 | 33,411.49 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.58 | 33,362.91 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.38 | 33,316.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.71 | 33,263.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.12 | 33,217.70 |
| 02/15/16 | 104 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-000 | | 34.20 | 33,183.50 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.05 | 33,137.45 |
| 03/18/16 | 105 | Internal Revenue Service | Payment of late filing penalty FEIN 75-3226754 Oder approved 3/17/16 Dkt # 52 Voided on 03/18/16 | 2810-000 | | 3,120.00 | 30,017.45 |
| 03/18/16 | 105 | Internal Revenue Service | Payment of late filing penalty FEIN 75-3226754 Oder approved 3/17/16 Dkt # 52 Voided: check issued on 03/18/16 | 2810-000 | | -3,120.00 | 33,137.45 |
| 03/18/16 | 106 | United States Treasury | Payment of late filing penalty FEIN 75-3226754 Order Approved 3/17/16 Dkt # 52 | 2810-000 | | 3,120.00 | 30,017.45 |
| 03/18/16 | 107 | United States Treasury | Payment of late filing penalty interest FEIN 75-3226754 Order Approved 3/17/16 Dkt # 52 | 2810-000 | | 17.92 | 29,999.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.24 | 29,948.29 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.52 | 29,906.77 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 34,653.52 | 4,746.75 | **$29,906.77** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 34,653.52 | 4,746.75 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$34,653.52** | **$4,746.75** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-35247 |
| Case Name: | YAGODA TRANSPORT, INC. |
| Taxpayer ID #: | **-***6754 |
| Period Ending: | 06/22/16 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0166 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts : | 34,653.52 |
|---|---|---|
|  | Net Estate : | $34,653.52 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0166 | 34,653.52 | 4,746.75 | 29,906.77 |
| | $34,653.52 | $4,746.75 | $29,906.77 |

{} Asset reference(s)

Printed: 06/22/2016 01:16 PM    V.13.28

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

**Case Number:** 13-35247                                Page: 1                                **Date:** June 22, 2016
**Debtor Name:** YAGODA TRANSPORT, INC.                                                         **Time:** 01:16:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Popowcer Katten Ltd.<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Admin Ch. 7 | | $1,925.00 | $0.00 | 1,925.00 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $8,627.50 | $0.00 | 8,627.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,006.84 | $0.00 | 1,006.84 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $33.95 | $0.00 | 33.95 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $4,215.35 | $0.00 | 4,215.35 |
| 4<br>200 | Office of United States Trustee<br>219 S. Dearborn Street<br>Suite 800<br>Chicago, IL 60606 | Admin Ch. 7 | | $650.00 | $0.00 | 650.00 |
| 1<br>610 | Roadrunner Transportation<br>4900 S Pennsylvania Ave<br>Cudahy, WI 53110 | Unsecured | | $9,303.43 | $0.00 | 9,303.43 |
| 2<br>610 | Conexus LLC<br>808 N. 161st E. Ave., Ste. 100<br>Tulsa, OK 74115 | Unsecured | | $15,154.75 | $0.00 | 15,154.75 |
| 3<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | # xxxx xxxx xxxx 2466 | $9,904.47 | $0.00 | 9,904.47 |
| 5<br>610 | JMS Group, Inc. dba Aqua Coolers<br>5844 W. Higgins Ave.<br>Chicago, IL 60630 | Unsecured | | $149.65 | $0.00 | 149.65 |
| 6 -2<br>610 | MZM Trucking Inc<br>P.O.Box 95<br>Wood Dale, IL 60191 | Unsecured | | $700.00 | $0.00 | 700.00 |
| 7<br>610 | Lewis Transportation Inc.<br>13523E. 1750th Ave.<br>Newton, IL 62448 | Unsecured | | $1,550.00 | $0.00 | 1,550.00 |
| 8<br>610 | US 1 Logistics LLC<br>Attn: Wendy Reddington<br>200 Business Park Circle, Suite 117<br>Saint Augustine, FL 32095 | Unsecured | | $1,336.40 | $0.00 | 1,336.40 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

---

**Case Number:** 13-35247
**Debtor Name:** YAGODA TRANSPORT, INC.

Page: 2

**Date:** June 22, 2016
**Time:** 01:16:36 PM

---

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | Standard Logistics Inc. 241 Stanhope Dr., #B Willowbrook, IL 60527 | Unsecured | Claim Objection Granted 3/25/16 Dkt # 53 | $450.00 | $0.00 | 450.00 |
| 10 610 | Universal Logistics Inc. 5300 Beach Blvd Suite 110-405 Buena Park, CA 90621 | Unsecured | Claim objection granted 3/25/16 Dkt # 54 | $2,000.00 | $0.00 | 2,000.00 |
| 11 610 | Patriot Transport Inc. 450 Kehoe Blvd. Carol Stream, IL 60188 | Unsecured | | $850.00 | $0.00 | 850.00 |
| 12 610 | Illinois Bell Telephone Company %Karen A. Cavagnaro- Lead Paralegal One AT&T Way, Room 3A104 Bedminster, NJ 07921 | Unsecured | xxxxx-xxxx7342 | $1,406.68 | $0.00 | 1,406.68 |
| 13 610 | Brian Katcher c/o Weman Salas P.C. 77 W Washington, #1402 Chicago, IL 60602 | Unsecured | | $48,429.52 | $0.00 | 48,429.52 |
| 14 610 | Werman Salas P.C. fka Werman Law Office P.C.,Douglas M. Werman Salas P.C.,77 W. Washington Stree Chicago, IL 60602 | Unsecured | | $17,500.28 | $0.00 | 17,500.28 |
| NOTFILED 610 | Michael Yagoda 464 Linsey Ave Schaumburg, IL 60194 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AC Logistics 5524 Anna Dr. Tampa, FL 33610-9287 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Air Wolf Inc. PO Box 5226 West Babylon, NY 11707-0226 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Airship Transportation Corporation P.O. Box 1462 Elk Grove Village, IL 60009-1462 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Albion Industrial Building 107 Raven Lane Bloomingdale, IL 60108-1425 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | All American Express Inc. PO Box 291727 Los Angeles, CA 90029-8727 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Allstar Trucking Inc. 24234 Northern Illinois Dr Channahon, IL 60410-5272 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

**Case Number:** 13-35247
**Debtor Name:** YAGODA TRANSPORT, INC.

Page: 3

**Date:** June 22, 2016
**Time:** 01:16:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Altex Transportation Inc. 2600 Rice Ave. West Sacramento, CA 95691-2348 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Aramark Food & Beverage 5844 W. Higgins Chicago, IL 60630 | Unsecured | x7967 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Art Logistics, Inc. c/o Riviera Finance P.O.Box 310243 Des Moines, IA 50331-0243 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AT&T U-Verse PO Box 5014 Carol Stream, IL 60197 | Unsecured | xxxxxx708-1 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | BH Transport LLC 29 Fenwick St. Hartford, CT 06114-3012 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bird Dog Carrier Services LLC PO Box 540038 Omaha, NE 68154-0038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Black Hawk Freight Svs P.O.Box 857 Milan, IL 61264-0857 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blue Streak Express 42 W 560 Still Meadows Ln. Elburn, IL 60119-9509 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blue Thunder Cartage, Inc. PO Box 180 Bensenville, IL 60106 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bridge Terminal Transport c/o BTT Accounts Receivable PO Box 7917 Charlotte, NC 28241 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Butterfly Logistics Inc. PO Box 310243 Des Moines, IA 50331-0243 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | C&K Trucking, LLC 7241 Reliable Parkway Chicago, IL 60686-0072 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | C-Air Brokers & Forwarders Inc. 3425 NW 112th Street Hollywood, FL 33025 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Calvary Express Inc. 8116 Penman Springs Dr. Waxhaw, NC 28173-6962 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

**Case Number:** 13-35247        Page: 4        **Date:** June 22, 2016
**Debtor Name:** YAGODA TRANSPORT, INC.        **Time:** 01:16:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Cerro! Fulmer Logistics Corp.<br>P.O.Box 850001<br>Orlando, FL 32886-0333 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cbase Transportation<br>P.O.Box 1521<br>Minneapolis, MN 55480-1521 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services<br>P.O.Box 15153<br>Wilmington, DE 19886-5153 | Unsecured | xxxx xxxx xxxx 4581 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CIE Transport Inc.<br>869 E. Schaumburg #348<br>Schaumburg, IL 60194-3654 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Classic Cargo Inc.<br>9501 Aerospace Drive<br>Saint Louis, MO 63134-3831 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Condor Trans Inc.<br>1864 W. Palm Drive #357<br>Mount Prospect, IL 60056-4445 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Conexus LLC<br>808 N. 161st E. Ave., Ste. 100<br>Tulsa, OK 74116-4115 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Crown Lift Trucks<br>2055 Hammond Dr.<br>Schaumburg, IL 60193 | Unsecured | xxxxx9707 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | D & D Delivery Service Inc. c/o Advance<br>Business Capital<br>PO Box 610028<br>Dallas, TX 75261-0028 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | DCD Transportation Inc.<br>4641 Mc Ilroy Dr.<br>Saint Louis, MO 63128-3917 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Direct Coast to Coast<br>516 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-3022 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | DJ Lines Inc. C/O RTS Financial<br>P.O.Box 932001<br>Mo 64193-2001 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dohrn Transfer Company<br>625 3rd Ave.<br>Rock Island, IL 61201-8351 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Double D Express Inc<br>P.O.Box 606<br>Peru, IL 61354-0606 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER
**Claims Bar Date:** January 28, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-35247 | | Page: 5 | | | **Date:** June 22, 2016 | |
| **Debtor Name:** YAGODA TRANSPORT, INC. | | | | | **Time:** 01:16:36 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Double R Transport Inc.<br>P.O.Box 1250<br>Midland, MI 48641-1250 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Drive 4 U Inc.<br>6217 N. Melvina Ave<br>Chicago, IL 60646-3718 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | DROM Transport Inc.<br>P.O.Box 2642<br>Carlsbad, CA 92018-2642 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dynamex Inc.<br>12837 Collections Center Dr.<br>Chicago, Il | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Eagle Carriers Inc. c/o Compass Funding<br>Solutions<br>Dept 4637<br>Carol Stream, IL 60122 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Eighteen Wheeler Logistics c/o Bird Dog<br>Carrier Services LLC<br>PO Box 540038<br>Omaha, NE 68154-0038 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | FedEx Freight<br>Dept CH PO Box 10306<br>Palatine, IL 60055-0001 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fit Logistics, Inc.<br>P.O. Box 310243<br>Des Moines, IA 50331-0243 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Focus Transport Inc. c/o RTS<br>P.O.Box 932001<br>Mo 64193-2001 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Global Cargo Inc. c/o RTS Financial<br>PO Box 840267<br>Dallas, TX 75284 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Go 2 Logistics, Inc.<br>165 W. Lake Street<br>Melrose Park, IL 60164-2427 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Goldway Transport Corp<br>116 Sycamore Ave<br>Streamwood, IL 60107 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Good News Carrier<br>13450 King Road<br>Lemont, IL 60439 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Grand Slam Trucking Inc. Presidential<br>Financial<br>P.O.Box 105328<br>Atlanta, GA 30348-5328 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

| | | |
|---|---|---|
| **Case Number:** 13-35247 | Page: 6 | **Date:** June 22, 2016 |
| **Debtor Name:** YAGODA TRANSPORT, INC. | | **Time:** 01:16:36 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | GTS Transportation Corp. 669 Executive Dr. Willowbrook, IL 60527-5603 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hanle with Care Express P.O.Box 649 Bound Brook, NJ 08805-0649 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hyper Fox Inc. c/o Riviera Finance P.O.Box 310243 Des Moines, IA 50331-0243 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Indy Towing Service Inc. 3350 Sutherland Ave. Indianapolis, IN 46218-1905 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Innovative Logistics Concepts P.O.Box 297 Lima, OH 45802-0297 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Interstate Shippers Service Inc. P.O.Box 16765 Denver, CO 80216-0765 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | J.W.Watson Trucking Inc. PO Box 1425 Brandon, FL 33509 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jaftco Transport Inc. 25 Serences Way Brampton, On L6r 0e9 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | JD Logistics 2327 Judith Lane Waukesha, WI 53188-2020 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jeff's Fast Frieght P.O.Box 371188 Milwaukee, WI 53237-2288 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | K & L Freight 2715 Norton Creek Drive West Chicago, IL 60185-6411 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kane County Cartage Inc. c/o Advance Business Capital PO BOX 610028 Dallas, TX 75261-0028 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | KDK Express, Inc. 5657 W. Grover St. Chicago, IL 60630-2013 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kings Express Inc. 3690 30th St SE Saint Cloud, MN 56304-9517 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-35247 | | Page: 7 | | | **Date:** June 22, 2016 | |
| **Debtor Name:** YAGODA TRANSPORT, INC. | | | | | **Time:** 01:16:36 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Kingsway Logistics Inc. P.O.Box 95349 Palatine, IL 60095-0349 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kiswani Trucking Inc. 555 W. Taft Dr South Holland, IL 60473-2065 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kyle Yagoda 428 Dartmouth Schaumburg, IL 60193 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Land Air Express c/o JPS 2004 LP PO Box 2250 Bowling Green, KY 42102 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Leader Services Inc. PO Box 1450 Minneapolis, MN 55485-7939 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Liv Transportation Inc. PO Box 840267 Dallas, TX 75284-0267 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | LMZ Trucking Inc. 1620 Vivian Court West Bend, WI 53090-8961 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Load Max Carrier 10680 NW 37th Terr. Miami, FL 33178-4207 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Loaded N Gone P.O.Box 661005 Chicago, IL 60666-1005 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | M Brothers Logistics Inc P.O.Box 840267 Dallas, TX 75284-0267 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | MAK Trucking Inc. c/o Apex Capital LP P.O.Box 961029 Fort Worth, TX 76161-0029 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mandy Transportation Inc. PO Box 951866 Cleveland, OH 44193-0020 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mario's Trucking Services 319 Jennifer Lane Roselle, IL 60172-4946 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | MCR Trans Inc. 3720 River Rd Ste 100 Franklin Park, IL 60131-2171 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER     Claims Bar Date: January 28, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-35247 | | Page: 8 | | | **Date:** June 22, 2016 | |
| **Debtor Name:** YAGODA TRANSPORT, INC. | | | | | **Time:** 01:16:36 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Michael Yagoda<br>464 Linsey Ave<br>Schaumburg, IL 60194 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | MLW Express, Inc.<br>2715 Marion Drive<br>Kendallville, IN 46755-3280 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pacific Financial Association Inc<br>1606 W. Whispering Wind Dr.<br>Phoenix, AZ 85085-1323 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pacifica Trucks LLC<br>527 N. Avalon Blvd.<br>Wilmington, CA 90744-5805 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Patrick G. Somers Somers Law Group, P.C.<br>1515 Woodfield Road, Suite 880<br>Schaumburg, IL 60173-5437 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Patterson Freight Systems, Inc<br>P.O.Box 3838<br>Plant City, FL 33563-0014 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pioneer Transport Inc. c/o Interstate Capital Corp<br>PO Box 915183<br>Dallas, TX 75391-5183 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Premier Logistics Inc<br>8455 S. 77th Ave<br>Bridgeview, IL 60455-2705 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Quality Transportation<br>7580 State Road<br>Burbank, IL 60459-1546 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | R & M Trucking<br>3720 River Rd Ste 100<br>Franklin Park, IL 60131-2171 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Reliable Transportation Specialists Inc.<br>139 Venturi Dr<br>Chesterton, IN 46304 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | RG EXPRESS, INC<br>11980 SW 144 CT Suite 105<br>Miami, FL 33186-8603 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Richard Daniels Transportation<br>9944 South Roberts Road-Suite 210<br>Palos Hills, IL 60465-1558 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ride Logistics Inc.<br>P.O.Box 632<br>Tinley Park, IL 60477-0632 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-35247 | | Page: 9 | | | **Date:** June 22, 2016 | |
| **Debtor Name:** YAGODA TRANSPORT, INC. | | | | | **Time:** 01:16:36 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Roadrunner Transportation Serv.<br>PO Box 809066<br>Chicago, IL 60680-9066 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Round the Lakes Inc.<br>1036 Green Valley Rd.<br>London, On N6n 1e3 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | RTS Financial Services<br>PO Box 840264<br>Dallas, TX 75284-0264 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Safe Way Carriers LLC c/o Apex Capital Corp.<br>PO Box 96161-1029<br>Ft. Worth, TX 76161-1029 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Safeway Moving System Inc<br>2828 N. Emerson Ave<br>Indianapolis, IN 46218-3238 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Saturn Freight Systems Inc.<br>410 Kimberly Dr.<br>Carol Stream, IL 60188 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | SBS Transportation Inc.<br>1700 Wynne Ave.<br>Saint Paul, MN 55108-2739 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Shan Brothers Corp<br>1772 Ruzich Dr<br>Bartlett, IL 60103-2320 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Shift Transport Corp.<br>5348 N Cumberland Ave Suite 402<br>Chicago, IL 60656-4910 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Spoerl Trucking Inc. c/o Transfac LLC<br>PO Box 3238<br>Salt Lake City, UT 84110-3238 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Standard Transportation Inc. c/o San Diego Commercial Financ<br>P.O.Box 26400<br>San Diego, CA 92196-0400 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Statewide Transport, Inc.<br>P.O. Box 20131 N.O. Intl Airport<br>New Orleans, LA 70141-0131 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Strawman Inc.<br>576 Inca Rd<br>Wagener, SC 29164 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Stream Logistics Inc. c/o MD Finance Inc.<br>PO Box 5792<br>Buffalo Grove, IL 60089 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-35247 | | Page: 10 | | | **Date:** June 22, 2016 | |
| **Debtor Name:** YAGODA TRANSPORT, INC. | | | | | **Time:** 01:16:36 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Synergy Transportation Inc. 8517 W. Winona Chicago, IL 60656-2719 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synergy Transportation System Inc. 8517 W. Winona Chicago, IL 60656 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TGL Logistics Inc. PO Box 682348 Franklin, TN 37068-2348 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Thomas Blake Trucking 2277 1100 Ave. Herington, KS 67449-8629 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TMC Lines Inc c/o Apex Capital LP P.O.Box 961029 Fort Worth, TX 76161-0029 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Top Freight Express, Inc. Apex Capital LP PO Box 961029 Fort Worth, TX 76161-0029 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Trans Link c/o Crestmark TPG LLC PO Box 682348 Franklin, TN 37068-2348 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Tri-Star Freight System Inc 5407 Mesa Dr Houston, TX 77028 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | USF Holland 27052 Network Place Chicago, IL 60673-1270 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Valor Express Inc. 1001 N. Lombard Rd Lombard, IL 60148-1254 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Van Dam Transport 4409 38th St. Hamilton, MI 49419-9749 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Vilano Inc. C/0 RTS Financial PO Box 840267 Dallas, TX 75284 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Vision Logistics Group Inc. c/o Apex Capital Corp. PO Box 96109 Fort Worth, TX 761 6-1 1 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Worldwide Express 414 N. Orleans Street Chicago, IL 60654-4421 | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 28, 2014

**Case Number:** 13-35247
**Debtor Name:** YAGODA TRANSPORT, INC.

Page:  11

**Date:** June 22, 2016
**Time:** 01:16:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | WW Rowland Trucking Co Inc. PO Box 203515 Dallas, TX 75320-3515 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 15 620 | Standard Logistics Inc. 241 Stanhope Dr., #B Willowbrook, IL 60527 | Unsecured | Late Filed Claim | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 125,193.82 | 0.00 | 125,193.82 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-35247
Case Name: YAGODA TRANSPORT, INC.
Trustee Name: Ira Bodenstein

**Balance on hand:**                    $            29,906.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $              0.00
Remaining balance:                         $          29,906.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 4,215.35 | 0.00 | 4,215.35 |
| Trustee, Expenses - Ira Bodenstein | 33.95 | 0.00 | 33.95 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 8,627.50 | 0.00 | 8,627.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 1,006.84 | 0.00 | 1,006.84 |
| Accountant for Trustee, Fees - Popowcer Katten Ltd. | 1,925.00 | 0.00 | 1,925.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:     $        16,458.64
Remaining balance:                                          $        13,448.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                             $        13,448.13

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 13,448.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,735.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roadrunner Transportation | 9,303.43 | 0.00 | 1,150.64 |
| 2 | Conexus LLC | 15,154.75 | 0.00 | 1,874.31 |
| 3 | Capital One Bank (USA), N.A. | 9,904.47 | 0.00 | 1,224.96 |
| 5 | JMS Group, Inc. dba Aqua Coolers | 149.65 | 0.00 | 18.51 |
| 6 -2 | MZM Trucking Inc | 700.00 | 0.00 | 86.57 |
| 7 | Lewis Transportation Inc. | 1,550.00 | 0.00 | 191.70 |
| 8 | US 1 Logistics LLC | 1,336.40 | 0.00 | 165.28 |
| 9 | Standard Logistics Inc. | 450.00 | 0.00 | 55.65 |
| 10 | Universal Logistics Inc. | 2,000.00 | 0.00 | 247.36 |
| 11 | Patriot Transport Inc. | 850.00 | 0.00 | 105.13 |
| 12 | Illinois Bell Telephone Company | 1,406.68 | 0.00 | 173.97 |
| 13 | Brian Katcher | 48,429.52 | 0.00 | 5,989.65 |
| 14 | Werman Salas P.C. | 17,500.28 | 0.00 | 2,164.40 |

|  | Total to be paid for timely general unsecured claims: | $ | 13,448.13 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $         0.00

Remaining balance: $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $         0.00

Remaining balance: $         0.00

**UST Form 101-7-TFR (05/1/2011)**