# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| YAGODA TRANSPORT, INC., | ) Case No. 13-35247 |
| | ) |
| Debtor. | ) Honorable Jack B. Schmetterer |
| | ) |
| | ) Hearing Date: July 26, 2016 |
| | ) Hearing Time: 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant: <u>Popowcer Katten, Ltd.</u>

Authorized to Provide
Professional Services to: <u>Ira Bodenstein, Trustee</u>

Date of Order Authorizing Employment: <u>November 14, 2013</u>

Period for Which
Compensation is Sought: <u>September 13, 2015 – December 14, 2015</u>

Amount of Fees Sought: $ <u>1,925.00</u>

Amount of Expense
Reimbursement Sought: $ <u>0.00</u>

This is an: Interim Application__ Final Application <u>XX</u>

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:

$ <u>0.00</u>

Dated: June 28, 2016                    Popowcer Katten, Ltd.

By: /s/ Ira Bodenstein

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{9066 CVR A0439143.DOC}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| YAGODA TRANSPORT, INC., | Case No. 13-35247 |
| Debtor. | Honorable Jack B. Schmetterer |
| | Hearing Date: July 26, 2016 |
| | Hearing Time: 10:30 a.m. |

### FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of Yagoda Transport, Inc. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

### BACKGROUND

1. On September 4, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") thereby commencing the above-captioned bankruptcy case.

2. On October 18, 2013, the Court entered an Order converting the case to a case under chapter 7 of the Bankruptcy Code [Dkt. No. 26].

3. On October 22, 2013, the Trustee was appointed as the chapter 7 trustee for the Debtor's estate by the United States Trustee for the Northern District of Illinois (the "Estate").

{10036-001 APPL A0439155.DOC}

4.  The Trustee administered assets of the Estate and he was required to file federal and state income tax returns for the Estate. Accordingly, on November 14, 2013, an order was entered authorizing the Trustee to retain Popowcer Katten, Ltd. to prepare the returns.

5.  This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.  During the period of September 13, 2015 through December 14, 2015 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

(a) Prepared federal and state income tax returns for the Estate for the year ended December 31, 2014 and a final return for the period ended September 30, 2015; and

(b) Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

## REQUESTED FEES

7.  PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $1,925.00 for these services, no amount of which has been previously paid.

8.  The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 7.7 | $250 | $1,925.00 |
|  |  |  |  |
| **TOTALS** |  |  | **$1,925.00** |

{10036-001 APPL A0439155.DOC}    2

Attached to this Application as Exhibit A is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

9. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

10. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Case.

11. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

12. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on counsel for the Debtor, all creditors who filed claims and parties in interest requesting ECF notice.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $1,925.00 as final compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

(c) grants PK such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

POPOWCER KATTEN, LTD.

Dated: June 28, 2016

By: /s/ Ira Bodenstein
    Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151