# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: YAGODA TRANSPORT, INC. § Case No. 13-35247
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $38,372.50 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $13,448.13 | Claims Discharged Without Payment: $236,547.75 |
| Total Expenses of Administration: $21,205.39 | |

3) Total gross receipts of $ 34,653.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 247.36 (see **Exhibit 2**), yielded net receipts of $34,406.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,205.39 | 21,205.39 | 21,205.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 244,794.49 | 109,385.18 | 108,735.18 | 13,448.13 |
| **TOTAL DISBURSEMENTS** | $244,794.49 | $130,590.57 | $129,940.57 | $34,653.52 |

4)  This case was originally filed under Chapter 7 on September 04, 2013. The case was pending for 37 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2016        By: /s/Ira Bodenstein
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Financial 1005 W. Wise Rd. Schaumburg, IL 6 | 1129-000 | 10,107.85 |
| Ascot Trucking Inc. 45 E. BradrockDes Plaines, I | 1121-000 | 7,700.00 |
| Chicago Rubber & Seal 698 Creel Dr.Wood Dale, IL | 1121-000 | 95.00 |
| Leader Mutual Freight System 1554 Carmen Drive E | 1121-000 | 9,710.00 |
| Pat Mooney Inc 502 S. Westgate St. Addison, IL 6 | 1121-000 | 3,000.00 |
| Customer List | 1129-000 | 2,500.00 |
| Car Storage at facility | 1290-000 | 50.00 |
| return of funds under 11 usc section 549 | 1290-000 | 1,300.00 |
| Refund from Nicor Gas | 1290-000 | 190.67 |
| **TOTAL GROSS RECEIPTS** | | **$34,653.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk US Bankruptcy Court | Deposit of Unclaimed Funds | 8500-002 | 247.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$247.36** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 4,215.35 | 4,215.35 | 4,215.35 |
| Ira Bodenstein | 2200-000 | N/A | 33.95 | 33.95 | 33.95 |
| Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 8,627.50 | 8,627.50 | 8,627.50 |
| Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 1,006.84 | 1,006.84 | 1,006.84 |
| Popowcer Katten Ltd. | 3410-000 | N/A | 1,925.00 | 1,925.00 | 1,925.00 |
| Office of United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.95 | 13.95 | 13.95 |
| Rabobank, N.A. | 2600-000 | N/A | 20.13 | 20.13 | 20.13 |
| Rabobank, N.A. | 2600-000 | N/A | 18.88 | 18.88 | 18.88 |
| International Sureties, Ltd | 2300-000 | N/A | 40.00 | 40.00 | 40.00 |
| Rabobank, N.A. | 2600-000 | N/A | 17.00 | 17.00 | 17.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.12 | 18.12 | 18.12 |
| Rabobank, N.A. | 2600-000 | N/A | 21.55 | 21.55 | 21.55 |
| Rabobank, N.A. | 2600-000 | N/A | 20.25 | 20.25 | 20.25 |
| Rabobank, N.A. | 2600-000 | N/A | 19.55 | 19.55 | 19.55 |
| Rabobank, N.A. | 2600-000 | N/A | 22.22 | 22.22 | 22.22 |
| Rabobank, N.A. | 2600-000 | N/A | 19.49 | 19.49 | 19.49 |
| Rabobank, N.A. | 2600-000 | N/A | 21.48 | 21.48 | 21.48 |
| Rabobank, N.A. | 2600-000 | N/A | 35.09 | 35.09 | 35.09 |
| Rabobank, N.A. | 2600-000 | N/A | 37.82 | 37.82 | 37.82 |
| Rabobank, N.A. | 2600-000 | N/A | 54.07 | 54.07 | 54.07 |
| Rabobank, N.A. | 2600-000 | N/A | 49.28 | 49.28 | 49.28 |
| Arthur B. Levine Company | 2300-000 | N/A | 40.00 | 40.00 | 40.00 |
| Rabobank, N.A. | 2600-000 | N/A | 45.92 | 45.92 | 45.92 |
| Rabobank, N.A. | 2600-000 | N/A | 52.36 | 52.36 | 52.36 |
| Rabobank, N.A. | 2600-000 | N/A | 49.01 | 49.01 | 49.01 |
| Rabobank, N.A. | 2600-000 | N/A | 47.31 | 47.31 | 47.31 |
| Rabobank, N.A. | 2600-000 | N/A | 52.13 | 52.13 | 52.13 |
| Rabobank, N.A. | 2600-000 | N/A | 50.42 | 50.42 | 50.42 |

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 47.10 | 47.10 | 47.10 |
| Rabobank, N.A. | 2600-000 | N/A | 51.90 | 51.90 | 51.90 |
| Illinois Department of Revenue | 2820-000 | N/A | 367.00 | 367.00 | 367.00 |
| Rabobank, N.A. | 2600-000 | N/A | 48.58 | 48.58 | 48.58 |
| Rabobank, N.A. | 2600-000 | N/A | 46.38 | 46.38 | 46.38 |
| Rabobank, N.A. | 2600-000 | N/A | 52.71 | 52.71 | 52.71 |
| Rabobank, N.A. | 2600-000 | N/A | 46.12 | 46.12 | 46.12 |
| Arthur B. Levine Company | 2300-000 | N/A | 34.20 | 34.20 | 34.20 |
| Rabobank, N.A. | 2600-000 | N/A | 46.05 | 46.05 | 46.05 |
| United States Treasury | 2810-000 | N/A | 3,120.00 | 3,120.00 | 3,120.00 |
| United States Treasury | 2810-000 | N/A | 17.92 | 17.92 | 17.92 |
| Rabobank, N.A. | 2600-000 | N/A | 51.24 | 51.24 | 51.24 |
| Rabobank, N.A. | 2600-000 | N/A | 41.52 | 41.52 | 41.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,205.39 | $21,205.39 | $21,205.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roadrunner Transportation | 7100-000 | 8,984.90 | 9,303.43 | 9,303.43 | 1,150.64 |
| 2 | Conexus LLC | 7100-000 | 14,454.75 | 15,154.75 | 15,154.75 | 1,874.31 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 7,191.94 | 9,904.47 | 9,904.47 | 1,224.96 |
| 5 | JMS Group, Inc. dba Aqua Coolers | 7100-000 | N/A | 149.65 | 149.65 | 18.51 |
| 6 -2 | MZM Trucking Inc | 7100-000 | 700.00 | 700.00 | 700.00 | 86.57 |
| 7 | Lewis Transportation Inc. | 7100-000 | 1,550.00 | 1,550.00 | 1,550.00 | 191.70 |
| 8 | US 1 Logistics LLC | 7100-000 | 1,000.90 | 1,336.40 | 1,336.40 | 165.28 |
| 9 | Standard Logistics Inc. | 7100-000 | 450.00 | 650.00 | 450.00 | 55.65 |
| 10 | Universal Logistics Inc. | 7100-000 | 1,750.00 | 2,000.00 | 2,000.00 | 247.36 |
| 11 | Patriot Transport Inc. | 7100-000 | 850.00 | 850.00 | 850.00 | 105.13 |
| 12 | Illinois Bell Telephone Company | 7100-000 | 221.50 | 1,406.68 | 1,406.68 | 173.97 |
| 13 | Brian Katcher | 7100-000 | 48,429.52 | 48,429.52 | 48,429.52 | 5,989.65 |
| 14 | Werman Salas P.C. | 7100-000 | 17,500.28 | 17,500.28 | 17,500.28 | 2,164.40 |
| 15 | Standard Logistics Inc. | 7200-000 | 450.00 | 450.00 | 0.00 | 0.00 |
| NOTFILED | MLW Express, Inc. | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Financial Association Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Yagoda | 7100-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MCR Trans Inc. | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Mandy Transportation Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario's Trucking Services | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacifica Trucks LLC | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Logistics Inc | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | R & M Trucking | 7100-000 | 846.93 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Transportation Specialists Inc. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Quality Transportation | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | MAK Trucking Inc. c/o Apex Capital LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patterson Freight Systems, Inc | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Transport Inc. c/o Interstate Capital Corp | 7100-000 | 1,254.75 | N/A | N/A | 0.00 |
| NOTFILED | Patrick G. Somers Somers Law Group, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LMZ Trucking Inc. | 7100-000 | 2,475.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kings Express Inc. | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Kingsway Logistics Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KDK Express, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kane County Cartage Inc. c/o Advance Business Capital | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeff's Fast Frieght | 7100-000 | 235.00 | N/A | N/A | 0.00 |
| NOTFILED | K & L Freight | 7100-000 | 3,055.53 | N/A | N/A | 0.00 |
| NOTFILED | Kiswani Trucking Inc. | 7100-000 | 4,557.50 | N/A | N/A | 0.00 |
| NOTFILED | Kyle Yagoda | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Load Max Carrier | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Loaded N Gone | 7100-000 | 1,550.00 | N/A | N/A | 0.00 |
| NOTFILED | RG EXPRESS, INC | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Liv Transportation Inc. | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Land Air Express | 7100-000 | 352.27 | N/A | N/A | 0.00 |
| NOTFILED | Leader Services Inc. | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | M Brothers Logistics Inc | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Round the Lakes Inc. | 7100-000 | 930.00 | N/A | N/A | 0.00 |
| NOTFILED | Top Freight Express, Inc. Apex Capital LP | 7100-000 | 4,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Link c/o Crestmark TPG LLC | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | TMC Lines Inc c/o Apex Capital LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Blake Trucking | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Synergy Transportation System Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TGL Logistics Inc. | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-Star Freight System Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | USF Holland | 7100-000 | 209.40 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WW Rowland Trucking Co Inc. | 7100-000 | 1,190.40 | N/A | N/A | 0.00 |
| NOTFILED | Vision Logistics Group Inc. c/o Apex Capital Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vilano Inc. | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Valor Express Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Van Dam Transport | 7100-000 | 1,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Synergy Transportation Inc. | 7100-000 | 292.00 | N/A | N/A | 0.00 |
| NOTFILED | Stream Logistics Inc. c/o MD Finance Inc. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Safe Way Carriers LLC c/o Apex Capital Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Safeway Moving System Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | RTS Financial Services | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | JD Logistics | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Ride Logistics Inc. | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Roadrunner Transportation Serv. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Saturn Freight Systems Inc. | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | SBS Transportation Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Statewide Transport, Inc. | 7100-000 | 72.24 | N/A | N/A | 0.00 |
| NOTFILED | Strawman Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Standard Transportation Inc. c/o San Diego Commercial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Spoerl Trucking Inc. c/o Transfac LLC | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Shan Brothers Corp | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Shift Transport Corp. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Daniels Transportation | 7100-000 | 1,305.00 | N/A | N/A | 0.00 |
| NOTFILED | J.W.Watson Trucking Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jaftco Transport Inc. | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Art Logistics, Inc. c/o Riviera Finance | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T U-Verse | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Food & Beverage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Altex Transportation Inc. | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | All American Express Inc. | 7100-000 | 412.00 | N/A | N/A | 0.00 |
| NOTFILED | Allstar Trucking Inc. | 7100-000 | 306.80 | N/A | N/A | 0.00 |
| NOTFILED | BH Transport LLC | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Black Hawk Freight Svs | 7100-000 | 16.59 | N/A | N/A | 0.00 |
| NOTFILED | Bird Dog Carrier Services LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | C&K Trucking, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | C-Air Brokers & Forwarders Inc. | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Butterfly Logistics Inc. | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bridge Terminal Transport c/o BTT Accounts Receivable | 7100-000 | 716.60 | N/A | N/A | 0.00 |
| NOTFILED | Blue Streak Express | 7100-000 | 2,895.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Thunder Cartage, Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Albion Industrial Building | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Airship Transportation Corporation | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | AC Logistics | 7100-000 | 143.75 | N/A | N/A | 0.00 |
| NOTFILED | Air Wolf Inc. | 7100-000 | 400.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Michael Yagoda | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Calvary Express Inc. | 7100-000 | 777.50 | N/A | N/A | 0.00 |
| NOTFILED | Cerro! Fulmer Logistics Corp. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Cargo Inc. c/o RTS Financial | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Go 2 Logistics, Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Focus Transport Inc. c/o RTS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fit Logistics, Inc. | 7100-000 | 1,915.00 | N/A | N/A | 0.00 |
| NOTFILED | Eighteen Wheeler Logistics c/o Bird Dog Carrier | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | FedEx Freight | 7100-000 | 5,606.78 | N/A | N/A | 0.00 |
| NOTFILED | Goldway Transport Corp | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Grand Slam Trucking Inc. Presidential Financial | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Good News Carrier | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Innovative Logistics Concepts | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Shippers Service Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Indy Towing Service Inc. | 7100-000 | 272.50 | N/A | N/A | 0.00 |
| NOTFILED | Hyper Fox Inc. c/o Riviera Finance | 7100-000 | 7,450.00 | N/A | N/A | 0.00 |
| NOTFILED | GTS Transportation Corp. | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Hanle with Care Express | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Carriers Inc. c/o Compass Funding Solutions | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dynamex Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Crown Lift Trucks | 7100-000 | 63.71 | N/A | N/A | 0.00 |
| NOTFILED | D & D Delivery Service Inc. c/o Advance Business Capital | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Conexus LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Classic Cargo Inc. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Condor Trans Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 14,310.21 | N/A | N/A | 0.00 |
| NOTFILED | CIE Transport Inc. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | DCD Transportation Inc. | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Coast to Coast | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Drive 4 U Inc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | DROM Transport Inc. | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Double R Transport Inc. | 7100-000 | 164.00 | N/A | N/A | 0.00 |
| NOTFILED | Double D Express Inc | 7100-000 | 6,571.98 | N/A | N/A | 0.00 |
| NOTFILED | DJ Lines Inc. C/O RTS Financial | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cbase Transportation | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | Dohrn Transfer Company | 7100-000 | 2,987.26 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $244,794.49 | $109,385.18 | $108,735.18 | $13,448.13 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-35247  
**Case Name:** YAGODA TRANSPORT, INC.  

**Period Ending:** 12/08/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/18/13 (c)  
**§341(a) Meeting Date:** 11/26/13  
**Claims Bar Date:** 01/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Financial 1005 W. Wise Rd. Schaumburg, IL 6 | 31,852.51 | 0.00 | | 10,107.85 | FA |
| 2 | Albion Industrial Building 107 Raven Lane Bloomi | 2,900.00 | 2,900.00 | | 0.00 | FA |
| 3 | Health Insurance of Employees | 0.00 | 0.00 | | 0.00 | FA |
| 4 | American River International 1229 Old Walt Whitm | 900.00 | 900.00 | | 0.00 | FA |
| 5 | Ascot Trucking Inc. 45 E. BradrockDes Plaines, I | 13,850.00 | 13,850.00 | | 7,700.00 | FA |
| 6 | Butterfly Logistics 801 Albion Ave Schaumburg, I | 1,400.00 | 1,400.00 | | 0.00 | FA |
| 7 | Chicago Rubber & Seal 698 Creel Dr.Wood Dale, IL | 95.00 | 95.00 | | 95.00 | FA |
| 8 | ClearPointt LLC 808 134th Street SW Suite209 Eve | 1,960.00 | 1,960.00 | | 0.00 | FA |
| 9 | Crown Oil 2013 Walters Ave Northbrook, IL 60062 | 1,050.00 | 1,050.00 | | 0.00 | FA |
| 10 | Leader Mutual Freight System 1554 Carmen Drive E | 19,960.00 | 19,960.00 | | 9,710.00 | FA |
| 11 | Pat Mooney Inc 502 S. Westgate St. Addison, IL 6 | 10,973.00 | 10,973.00 | | 3,000.00 | FA |
| 12 | PTS Fulfillment Services 3615 Exchange Ave. Auro | 220.00 | 220.00 | | 0.00 | FA |
| 13 | Rotra LLC PO Box 66498 Chicago, IL 60666 | 11,350.00 | 11,350.00 | | 0.00 | FA |
| 14 | Season Harvest Foods 4906 El Camino Real #206 Lo | 3,267.00 | 3,267.00 | | 0.00 | FA |
| 15 | Spire Brands 2013 Walters Ave Northbrook, IL 600 | 975.00 | 975.00 | | 0.00 | FA |
| 16 | Stericycle West Chicago 1901 Powis Ct. West Chic | 3,300.00 | 3,300.00 | | 0.00 | FA |
| 17 | Trust Air Cargo 2206 Lively Blvd. Elk Grove, IL | 125.00 | 125.00 | | 0.00 | FA |
| 18 | LES Vac 521 Winston Dr., Deerfield, IL 60015 $5, | Unknown | Unknown | | 0.00 | FA |
| 19 | Regional Expeditated Shipping Transport, Inc. 11 | Unknown | Unknown | | 0.00 | FA |
| 20 | Cargo Tech PO Box 1472, Elk Grove, IL 60007 $11, | Unknown | Unknown | | 0.00 | FA |
| 21 | Aries Global Logistics., Inc. | 3,650.00 | 3,650.00 | | 0.00 | FA |
| 22 | DLS Worldwide | 920.60 | 920.60 | | 0.00 | FA |
| 23 | GP Logistics Inc. | 525.00 | 525.00 | | 0.00 | FA |
| 24 | Horizon International Cargo, Inc. | 425.00 | 425.00 | | 0.00 | FA |
| 25 | New England Groupage | 3,054.90 | 3,054.90 | | 0.00 | FA |
| 26 | Scarbrough International | 550.00 | 550.00 | | 0.00 | FA |
| 27 | Stericycle MN | 300.00 | 300.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-35247  **Trustee:** (330129) Ira Bodenstein
**Case Name:** YAGODA TRANSPORT, INC.  **Filed (f) or Converted (c):** 10/18/13 (c)
**§341(a) Meeting Date:** 11/26/13
**Period Ending:** 12/08/16  **Claims Bar Date:** 01/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Possible Malpractice Claim against Patrick G. So | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Customer List | Unknown | 0.00 | | 2,500.00 | FA |
| 30 | Misc. Office Equipment (3 computers, 3 monitors, | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 31 | Car Storage at facility (u) | 0.00 | 0.00 | | 50.00 | FA |
| 32 | return of funds under 11 usc section 549 (u) | 0.00 | 0.00 | | 1,300.00 | FA |
| 33 | Refund from Nicor Gas (u) | 0.00 | 0.00 | | 190.67 | FA |
| 33 | **Assets Totals** (Excluding unknown values) | **$115,103.01** | **$83,250.50** | | **$34,653.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2016- claims reviewed and claim objections granted.
Prepare TFR
Awaiting tax return to file (04/20/15)
Prepare and file tax return
Seek return of post pettition payments under 11USC 549 (still pending 04/20/2105)
Collect receivables (done)

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** June 27, 2016 (Actual)

Printed: 12/08/2016 02:34 PM  V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-35247  
**Case Name:** YAGODA TRANSPORT, INC.  
**Taxpayer ID #:** **-***6754  
**Period Ending:** 12/08/16

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/13 | {1} | Yagoda Transport, Inc. | Closing out balance of debtor's bank account at Bank Financial~~~~ | 1129-000 | 10,107.85 | | 10,107.85 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,097.85 |
| 11/01/13 | {7} | Chicago Rubber and Seal | | 1121-000 | 95.00 | | 10,192.85 |
| 11/07/13 | {31} | Harold Healy Irrevocable Trust | Car Storage at Yagoda facility | 1290-000 | 50.00 | | 10,242.85 |
| 11/25/13 | {29} | Infinity Logistics, Inc | Sale of customer list per court order of 11/22/2013 | 1129-000 | 2,500.00 | | 12,742.85 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.95 | 12,728.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 12,708.77 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 12,689.89 |
| 02/04/14 | 101 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 40.00 | 12,649.89 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.00 | 12,632.89 |
| 03/13/14 | {32} | DCD Transportation, Inc | Return of funds paid post-petition by debtor without authority under 11 USC 549. | 1290-000 | 700.00 | | 13,332.89 |
| 03/26/14 | {32} | CSNK Working Capital Finance Corp | Return of funds paid post-petition by debtor without authority under 11 USC 549 | 1290-000 | 600.00 | | 13,932.89 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.12 | 13,914.77 |
| 04/03/14 | {33} | Nicor Gas | Refund from closed account | 1290-000 | 190.67 | | 14,105.44 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.55 | 14,083.89 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 14,063.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.55 | 14,044.09 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.22 | 14,021.87 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.49 | 14,002.38 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.48 | 13,980.90 |
| 10/07/14 | {5} | Ascot Trucking | pre petition account receivable | 1121-000 | 3,275.00 | | 17,255.90 |
| 10/07/14 | {10} | Leader Mutual Freight System | pre petition account receivable | 1121-000 | 9,710.00 | | 26,965.90 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.09 | 26,930.81 |
| 11/07/14 | {5} | Ascot Trucking | pre petition account receivable | 1121-000 | 2,575.00 | | 29,505.81 |
| 11/20/14 | {11} | Pat Mooney,Inc | pre-petition account receivable | 1121-000 | 3,000.00 | | 32,505.81 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.82 | 32,467.99 |
| 12/17/14 | {5} | Ascot Trucking | pre petition account receivable | 1121-000 | 1,850.00 | | 34,317.99 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.07 | 34,263.92 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 34,214.64 |
| 02/11/15 | 102 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 40.00 | 34,174.64 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.92 | 34,128.72 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.36 | 34,076.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.01 | 34,027.35 |

Subtotals :    $34,653.52    $626.17

{} Asset reference(s)    Printed: 12/08/2016 02:34 PM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-35247  
**Case Name:** YAGODA TRANSPORT, INC.

**Taxpayer ID #:** **-***6754  
**Period Ending:** 12/08/16

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.31 | 33,980.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.13 | 33,927.91 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.42 | 33,877.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.10 | 33,830.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.90 | 33,778.49 |
| 10/20/15 | 103 | Illinois Department of Revenue | 2014 Tax return amount due | 2820-000 | | 367.00 | 33,411.49 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.58 | 33,362.91 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.38 | 33,316.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.71 | 33,263.82 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.12 | 33,217.70 |
| 02/15/16 | 104 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-000 | | 34.20 | 33,183.50 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.05 | 33,137.45 |
| 03/18/16 | 105 | Internal Revenue Service | Payment of late filing penalty FEIN 75-3226754 Oder approved 3/17/16 Dkt # 52 Voided on 03/18/16 | 2810-000 | | 3,120.00 | 30,017.45 |
| 03/18/16 | 105 | Internal Revenue Service | Payment of late filing penalty FEIN 75-3226754 Oder approved 3/17/16 Dkt # 52 Voided: check issued on 03/18/16 | 2810-000 | | -3,120.00 | 33,137.45 |
| 03/18/16 | 106 | United States Treasury | Payment of late filing penalty FEIN 75-3226754 Order Approved 3/17/16 Dkt # 52 | 2810-000 | | 3,120.00 | 30,017.45 |
| 03/18/16 | 107 | United States Treasury | Payment of late filing penalty interest FEIN 75-3226754 Order Approved 3/17/16 Dkt # 52 | 2810-000 | | 17.92 | 29,999.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.24 | 29,948.29 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.52 | 29,906.77 |
| 07/27/16 | 108 | Popowcer Katten Ltd. | Dividend paid 100.00% on $1,925.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,925.00 | 27,981.77 |
| 07/27/16 | 109 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $8,627.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,627.50 | 19,354.27 |
| 07/27/16 | 110 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $1,006.84, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,006.84 | 18,347.43 |
| 07/27/16 | 111 | Ira Bodenstein | Dividend paid 100.00% on $33.95, Trustee Expenses; Reference: | 2200-000 | | 33.95 | 18,313.48 |
| 07/27/16 | 112 | Ira Bodenstein | Dividend paid 100.00% on $4,215.35, Trustee Compensation; Reference: | 2100-000 | | 4,215.35 | 14,098.13 |
| 07/27/16 | 113 | Office of United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 13,448.13 |

Subtotals: $0.00 $20,579.22

{} Asset reference(s)      Printed: 12/08/2016 02:34 PM   V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-35247
**Case Name:** YAGODA TRANSPORT, INC.

**Taxpayer ID #:** **-***6754
**Period Ending:** 12/08/16

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******0166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/16 | 114 | Roadrunner Transportation | Dividend paid 12.36% on $9,303.43; Claim# 1; Filed: $9,303.43; Reference: | 7100-000 | | 1,150.64 | 12,297.49 |
| 07/27/16 | 115 | Conexus LLC | Dividend paid 12.36% on $15,154.75; Claim# 2; Filed: $15,154.75; Reference: | 7100-000 | | 1,874.31 | 10,423.18 |
| 07/27/16 | 116 | Capital One Bank (USA), N.A. | Dividend paid 12.36% on $9,904.47; Claim# 3; Filed: $9,904.47; Reference: # xxxx xxxx xxxx 2466 | 7100-000 | | 1,224.96 | 9,198.22 |
| 07/27/16 | 117 | JMS Group, Inc. dba Aqua Coolers | Dividend paid 12.36% on $149.65; Claim# 5; Filed: $149.65; Reference: | 7100-000 | | 18.51 | 9,179.71 |
| 07/27/16 | 118 | MZM Trucking Inc | Dividend paid 12.36% on $700.00; Claim# 6 -2; Filed: $700.00; Reference: | 7100-000 | | 86.57 | 9,093.14 |
| 07/27/16 | 119 | Lewis Transportation Inc. | Dividend paid 12.36% on $1,550.00; Claim# 7; Filed: $1,550.00; Reference: | 7100-000 | | 191.70 | 8,901.44 |
| 07/27/16 | 120 | US 1 Logistics LLC | Dividend paid 12.36% on $1,336.40; Claim# 8; Filed: $1,336.40; Reference: | 7100-000 | | 165.28 | 8,736.16 |
| 07/27/16 | 121 | Standard Logistics Inc. | Dividend paid 12.36% on $450.00; Claim# 9; Filed: $650.00; Reference: | 7100-000 | | 55.65 | 8,680.51 |
| 07/27/16 | 122 | Universal Logistics Inc. | Dividend paid 12.36% on $2,000.00; Claim# 10; Filed: $2,000.00; Reference: Stopped on 11/16/16 | 7100-000 | | 247.36 | 8,433.15 |
| 07/27/16 | 123 | Patriot Transport Inc. | Dividend paid 12.36% on $850.00; Claim# 11; Filed: $850.00; Reference: | 7100-000 | | 105.13 | 8,328.02 |
| 07/27/16 | 124 | Illinois Bell Telephone Company | Dividend paid 12.36% on $1,406.68; Claim# 12; Filed: $1,406.68; Reference: xxxxx-xxxx7342 | 7100-000 | | 173.97 | 8,154.05 |
| 07/27/16 | 125 | Brian Katcher | Dividend paid 12.36% on $48,429.52; Claim# 13; Filed: $48,429.52; Reference: | 7100-000 | | 5,989.65 | 2,164.40 |
| 07/27/16 | 126 | Werman Salas P.C. | Dividend paid 12.36% on $17,500.28; Claim# 14; Filed: $17,500.28; Reference: | 7100-000 | | 2,164.40 | 0.00 |
| 11/16/16 | 122 | Universal Logistics Inc. | Dividend paid 12.36% on $2,000.00; Claim# 10; Filed: $2,000.00; Reference: Stopped: check issued on 07/27/16 | 7100-000 | | -247.36 | 247.36 |
| 11/19/16 | 127 | Clerk US Bankruptcy Court | Deposit of Unclaimed Funds | 8500-002 | | 247.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34,653.52 | 34,653.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 34,653.52 | 34,653.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,653.52** | **$34,653.52** | |

{} Asset reference(s)

Printed: 12/08/2016 02:34 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-35247
**Case Name:** YAGODA TRANSPORT, INC.

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******0166 - Checking Account

**Taxpayer ID #:** **-***6754
**Blanket Bond:** $5,000,000.00  (per case limit)
**Period Ending:** 12/08/16
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 34,653.52 | | | | |
| | | Less Other Noncompensable Items : | 247.36 | | | | |
| | | Net Estate : | $34,406.16 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0166** | 34,653.52 | 34,653.52 | 0.00 |
| | $34,653.52 | $34,653.52 | $0.00 |

{} Asset reference(s)

Printed: 12/08/2016 02:34 PM    V.13.28